IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE ZUCKER, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AV HOMES, INC., JOSHUA L. NASH, PAUL D. BARNETT, MATTHEW COLEMAN, ROGER A. CREGG, ROGER W. EINIGER, PAUL HACKWELL, JONATHAN M. PERTCHIK, MICHAEL F. PROFENIUS, AARON RATNER, JOEL M. SIMON, and TAYLOR MORRISON HOME CORPORATION,<br><br>　　　　　　　　　　Defendants. | Case No. 1:18-cv-01091-CFC<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Lawrence Zucker ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to the Plaintiff only. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  January 14, 2019

OF COUNSEL:

**STULL, STULL, & BRODY**
Aaron Brody
Michael J. Klein
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
Email: abrody@ssbny.com
　　　　mklein@ssbny.com

**NAPOLI SHKOLNIK, LLC**

By:  */s/ R. Joseph Hrubiec*
　　　R. Joseph Hrubiec, Esq. (#5500)
　　　919 Market Street
　　　Suite 1801
　　　Wilmington, Delaware 19801
　　　(302) 330-8025
　　　RHrubiec@napolilaw.com

　　　*Attorneys for Plaintiff*